# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID DE LOTTA,**

        **Plaintiff,**

-vs-                                      Case No. 6:08-cv-2033-Orl-22KRS

**DEZENZO'S ITALIAN RESTAURANT, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Clerk's Default Judgment (Doc. No. 51) filed on May 13, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 4, 2010 (Doc. No. 52) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Clerk's Default Judgment (Doc. No. 51) is GRANTED in part.

3. The Clerk is directed to enter a Final Default Judgment providing that the Plaintiff, **DAVID DE LOTTA,** recover from the Defendant **DEZENZO'S ITALIAN RESTAURANT, INC.** the sum of **$14,040.00**.

4. Plaintiff's counsel is directed to serve a copy of this Order on the Plaintiff.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 21, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge